1  LAWRENCE G. BROWN
   United States Attorney
2  DAVID SHELLEDY
   Chief, Civil Division
3  DONNA WADE ANDERSON
   Special Assistant United States Attorney
4  Donna.W.Anderson@ssa.gov
   SSA, Office of the General Counsel
5  333 Market Street, Suite 1500
   San Francisco, CA 94105-2116
6  Telephone: (415) 977-8930

7  Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD E RIDDLE, | No. 2:01-cv-00312-GEB-PAN |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant, | |

Plaintiff filed this action pursuant to 42 U.S.C. § 405(g) of the Social Security Act for judicial review of a final decision of the Commissioner of Social Security, denying his application for benefits. On September 12, 2001, this Court entered an order remanding this case pursuant to 42 U.S.C. § 405(g), sentence six in order to locate the claim file and hearing tape. On remand, in a decision dated March 26, 2003, the Commissioner issued a fully favorable decision awarding Plaintiff benefits.

///
///
///
///

The Court orders as follows:

**IT IS ORDERED** that Judgment is hereby entered in favor of Plaintiff, affirming the September 12, 2001, post-remand, final decision of the Commissioner of Social Security.

Dated: July 24, 2009

GARLAND E. BURRELL, JR.
United States District Judge

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD E RIDDLE, | No. 2:01-cv-00312-GEB-PAN |
| Plaintiff, | |
| v. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant, | |

1  IT IS HEREBY ADJUDGED that the decision of Defendant, the Commissioner
2 of Social Security, awarding Plaintiff disability benefits, is affirmed.

3 Dated: July 24, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge